AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**WALTER IRVING DOTSON**
**DOB: xx/xx/63**
**PDID: xxx-xxx**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____September 23, 2006_____ in _____WASHINGTON_____ county, in the _____ District of _____COLUMBIA_____ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title _____21_____ United States Code, Section(s) _____841(a)(1)_____.

I further state that I am _____**OFFICER JAMES BOTELER**_____, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:      ☒ Yes    ☐ No

Signature of Complainant
**OFFICER JAMES BOTELER**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____          at      _____Washington, D.C._____
Date                                                                              City and State

_____                                _____
**Name & Title of Judicial Officer**                                **Signature of Judicial Officer**