## STATEMENT OF FACTS

On Saturday, 09/23/2006, at 11:05 a.m., sworn officers of the Metropolitan Police Department executed a search warrant at 1706 Trinidad Avenue, N.E., Apartment # 2,Washington, D.C.   The defendant, Walter Dotson, was located coming out of the bathroom and told officers that he slept in bedroom #2.  Recovered during the search of bedroom #2 were 3 large clear bags containing approximately 35 grams of white rock substance, 3 grams of a loose white rock substance, 5 loose white rock substances, all of which field tested positive for crack cocaine. Also recovered in the bedroom were 57 ziplocks containing white powder substances which field tested positive for opiates. The defendant stated that the crack cocaine and heroin found in the defendant's bedroom were his.   Before officers started the search, the defendant told officers that he had a loaded .9mm Semi-Automatic Jennings handgun (Serial Number 1519509) in the air vent.  Officer recovered the weapon in the ceiling air vent of the bedroom. Approximately $3649.00 in United States currency was also recovered in various locations bedroom. Also recovered were personal papers in Walter Dotson's  name.  The defendant stated that everything found was his.  In the officer's experience, the amount of the heroin and crack recovered indicated that it was intended for distribution rather than for personal use.

_____
OFFICER JAMES BOTELER
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2006.


_____
U.S. MAGISTRATE JUDGE